C/m

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
Michael Quintanilla, pro se,

                Plaintiff,

                -against-

City of New York Police Department, Lt. Edward
Anderson, Sgt. Kevin Kaufman, Det. Herbert
Shedrick, Det. Kenneth Tunkel, P.O. William
Chamberlain, P.O. Chris Fischer, P.O. Brian Glacy,
P.O. Michael McDonagh, P.O. Manuel Valdez,
Queens District Attorney,

                Defendants.
-----------------------------------------------------------x

**ORDER**

99-CV-8638 (DLI)(VVP)

FILED
IN CLERK'S OFFICE
U.S. D[ISTRICT] COURT, E.D.N.Y.
★ MAY 0 5 2005 ★
BROOKLYN OFFICE

**DORA L. IRIZARRY, U.S. District Judge:**

    The Court is in receipt of plaintiff's letter dated April 25, 2005, as well as all other letters plaintiff has sent to the Court.

(1)     Judge Pohorelsky's order, absolving the parties from preparing a full pre-trial order, was entered before I was assigned to this case. The Court issued an oral order at the April 13, 2005 conference, requiring the parties to submit a joint pre-trial order in accordance with Judge Irizarry's individual rules. This order replaced Judge Pohorelsky's previous order. The Court appreciates plaintiff's desire to comply properly with court orders.

(2)     Mr. Quintanilla's request for an extension in submitting the joint pre-trial order is hereby GRANTED. The parties are to submit the joint pre-trial order **by May 31, 2005.** The parties are to follow the format provided by Judge Irizarry's individual rules, a copy of which was given to both parties at the April 13, 2005 conference.

(3)     Mr. Quintanilla's renewed request that I recuse myself from this matter is received as a motion for this Court to reconsider its decision of April 13, 2005 denying plaintiff's recusal motion. Plaintiff's motion for reconsideration is DENIED. There is no basis for this Court to recuse itself. *See, e.g., Riola v. Long Island Cycle & Marine, Inc.*, 352 F. Supp. 2d 365, 367 (E.D.N.Y. 2005) ("all federal judicial officers, upon taking office, [are required] to swear or affirm [that they will] administer justice without respect to persons . . . and that [they] will faithfully and impartially discharge all the duties incumbent upon [them]") (internal quotation marks omitted); *United States v. Oluwafemi*, 883 F. Supp. 885, 890 (E.D.N.Y. 1995) ("Where grounds for recusal do not exist, the judge is obligated not to recuse herself."). The reasons for denying the recusal motion were stated on the record at the April

C/m

13, 2005 conference. A copy of the transcript of this conference may be obtained by contacting Court Reporter Henry Shapiro.

ORDERED that service of a copy of this Order shall be made by the Clerk of this Court by forwarding a copy hereof to all parties and by mailing a copy hereof to pro se plaintiff.

SO ORDERED.

DATED: Brooklyn, New York
April 27, 2005

DORA L. IRIZARRY
United States District Judge